## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

JOSHUA FLECHA and LUIS ACEVEDO,

Plaintiffs,

      v.

METAL SYSTEMS, LLC and

PIONEER ROOFING, LLC,

Defendants.

Case No. 16-CV-800

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Pioneer Roofing, LLC ("Pioneer") moves for summary judgment in its favor and against Plaintiffs Joshua Flecha and Luis Acevedo on all of Plaintiffs' claims.  The grounds for this motion are that the undisputed facts show that Pioneer did not employ Plaintiffs or any other Metal Systems employees either directly or through a joint employment relationship, and therefore Pioneer is not liable to Plaintiffs for their wage and hour claims under the Fair Labor Standards Act or Wisconsin law.

This motion is supported by the Declarations of Mark Staven, John Boettcher, Terry Keeser, Chad Phelps, Brian Monogue, and Pete Nicholas, and exhibits thereto; the Proposed Findings of Fact of Pioneer Roofing, LLC in Support of its Motion for Summary Judgment; and the Brief of Pioneer Roofing, LLC in Support of its Motion for Summary Judgment, filed contemporaneously herewith.

MIL-28589010-1

Dated this 16th day of June, 2017.

HUSCH BLACKWELL LLP
Attorneys for Defendant Pioneer Roofing, LLC

By:  s/ Emily A. Constantine
William E. Hughes
State Bar No. 1014965
Emily A. Constantine
State Bar No. 1087257
Jeffrey A. McIntyre
State Bar No. 1038304

555 East Wells Street, Suite 1900
Milwaukee, Wisconsin 53202-3819
Telephone:  414-273-2100
Fax:  414-223-5000
Email: William.Hughes@huschblackwell.com
Email: Emily.Constantine@huschblackwell.com
Email: Jeffrey.McIntyre@huschblackwell.com

2