Metal Systems LLC
W224 S8428 Industrial Ave.
Unit "B"
Big Bend, WI 53103

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/18/2014 | 2096 |

| BILL TO | SHIP TO |
|---|---|
| Pioneer Roofing<br>151 Maple Street<br>P O Box 277<br>Johnsosn Creek, Wi 53038 | Eagle E.S.<br>810 E. Main St.<br>Eagle |

| DUE DATE | P.O. NUMBER |
|---|---|
| 8/17/2014 | 24001 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Fabrication and Installation | Fabrication and installation of:<br>Gutter, Apron, Fascai, Gravel-Stop, Counter-Flashing, Internal Gutter | 1 | ONLY PER JKB | 33,951.00 |
| Fabrication and Installation | Fabrication and Installation of:<br>Downspout | 1 | | 8,316.00 |
| Fabrication only | Fabrication only of:<br>Counter-Flashing (7-16-14) | 1 | | ~~152.00T~~ |
| | Metal Systems Job #4342 | | | 0.00 |
| | Job Complete. | | | 0.00 |

Thank you for your business!

| | |
|---|---|
| Subtotal | 42,419.00 |
| 5.1% Tax | ~~7.75~~ |
| **Total** | 42,426.75 |

J Boettcher
EXHIBIT 4
6-21-17
Gramann Reporting, Ltd.