UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

JOSHUA FLECHA
LUIS ACEVEDO

On Behalf of Themselves
And All Others Similarly
Situated

Plaintiffs,

v.

METAL SYSTEMS, LLC
PIONEER ROOFING, LLC

Defendants.

Case No. 16-CV-800

**ORDER**

Having considered the stipulation of the parties, it is hereby ordered that the above captioned lawsuit is dismissed with prejudice, and with each party bearing its own attorneys' fees and costs.

_____
Hon. Barbara B. Crabb
U.S. District Judge

June 4, 2018